IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CRIMINAL NO. 4:95-962-CMC |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Charles Wesley Jacobs, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court on the request of Ellen Sophia Peterson, Personal Representative of the Estate of John David Peterson, to amend the Judgment Order in this matter. John David Peterson is now deceased and an estate has been opened in the Greenville County Probate Court. The court directs that the restitution payments due to John David Peterson should be made to the Estate of John David Peterson.[1]

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
September 23, 2015

---

[1] This court has no authority to order that a probate court leave an estate open. However, once an estate is closed, the heir of this asset could potentially become payee on restitution if the probate court so orders.

1